| Attorney or Party without Attorney:<br>DAVID A. GREENE, ESQ.<br>FOX ROTHSCHILD LLP<br>1800 CENTURY PARK EAST<br>SUITE 300<br>LOS ANGELES, CA 90067<br>Telephone No: 310-598-4150   FAX No: 310-556-9828 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Southern District Of Florida | |
| Plaintiff: GREENFLIGHT VENTURE CORPORATION | |
| Defendant: WHITEPAGES, INC., ET AL. | |

| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>9:16-CV-80079-RLR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF FILING CORRECTED CIVIL COVER SHEET.

3. a. Party served:   WHITEPAGES, INC.
   b. Person served:  JEFF MINER, AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:   505 UNION AVENUE
                                          SUITE 120
                                          OLYMPIA, WA 98501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jan. 19, 2016 (2) at: 2:14PM

7. Person Who Served Papers:   Fee for Service:
   a. OLIVINE MAYA



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone    (213) 250-9111
Fax          (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of FLORIDA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS    (OLIVINE MAYA) 2907014   foxro.768295